# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN ANTHONY VUKAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 08-0536-CG-N |
| | ) |
| JAMES LACKEY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendant, James Lackey, and against plaintiff, John Anthony Vukas. Therefore, all plaintiff's claims against the defendant are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 6th day of August, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE